UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MCCALL, | : | CIVIL ACTION NO. 3:19-2052 |
| Plaintiff | | |
| | : | (Judge Mannion) |
| v. | | |
| | : | |
| CARBON SCHUYLKILL COMMUNITY HOSPITAL, INC., d/b/a ST. LUKE'S UNIVERSITY HEALTH NETWORK, | : | |
| | : | |
| Defendant | | |

O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss plaintiff's amended complaint (Doc. 13) is hereby **DENIED**.

s/*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 2, 2020**
19-2052-01 order