UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE MCCALL,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-2052 |
| v. | : | (JUDGE MANNION) |
| **CARBON SCHUYKILL COMMUNITY HOSPITAL, INC.,** d/b/a **ST. LUKE'S UNIVERSITY HEALTH NETWORK,** | : : : | |
| Defendant | | |

# O R D E R

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant's motion for summary judgment, (Doc. 43), is **GRANTED** with respect to Plaintiff's retaliation claim under the ADA and PHRA (Counts I and II), and FMLA claims (Count III); Defendant's motion for summary judgment is **DENIED** in all other respects; and

**(3)** Defendant's request for oral argument on its motion for summary judgment, (Doc. 62), is **DENIED as moot**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 23, 2022**
19-2052-02-ORDER